Paul Jonathan MAGEE, Petitioner,

v.

Alberto R. GONZALES, U.S. Attorney General, Respondent.

No. 05–61123

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 15, 2007.

Kyle D. Brown, McAllen, TX, for Petitioner.

Thomas Ward Hussey, Director, Linda Susan Wendtland, Norah Ascoli Schwarz, U.S. Department of Justice Office of Immigration Litigation, Washington, DC, Alberto R. Gonzales, U.S. Department of Justice, Washington, DC, E.M. Trominski, District Director, U.S. Immigration & Naturalization Service District Directors Office, Harlingen, TX, Trey Lund, U.S. Immigration and Customs Enforcement Field Office Director, New Orleans, LA, for Respondent.

Before SMITH, WIENER, and OWEN, Circuit Judges.

PER CURIAM: *

Petitioner Paul Jonathan Magee petitions for review of the Bureau of Immigration and Customs Enforcement's order of deportation. He argues that he is eligible for adjustment of status and that he was detained and removed in violation of his

---

due process rights. Magee's petition for review was not timely filed, however. *See* 8 U.S.C. § 1252(b)(1). Therefore, we lack jurisdiction to review the merits of his claims. *See Karimian–Kaklaki v. INS,* 997 F.2d 108, 113 (5th Cir.1993).

PETITION DISMISSED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under